UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 18 2000

Michael N. Milby, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| versus § | Civil Action H-____ C 00 025 |
| § | |
| Magdalena M. Rodriguez § | Claim No. C99-26777 |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST. art. III, Section 2, and 28 U.S.C. § 1345.

2. *Venue.* Defendant is a resident of NUECES County, Texas, and may be served with process at 5022 Cosner Dr. Corpus Christi, TX 78415.

3. *The Debts.* The debts owed the United States are:

Debt 1

|   |   |   |   |
|---|---|---|---|
| A. | Current Principal: | | $3,918.21 |
| B. | Current interest | | $3,583.95 |
| C. | Administrative fees, costs, penalties | | $13.19 |
| D. | Balance due as of November 27, 1999 | | $7,515.35 |
| E. | Prejudgment interest accrues at 12.% per annum, being $1.29 per day. | | |
| F. | The current balance in 3A is after credits of | | $0.00 |

Debt II

|   |   |   |   |
|---|---|---|---|
| G. | Current Principal: | | $2,505.95 |
| H. | Current Interest | | $1,968.22 |
| I. | Adminstrative fees, costs, penalties | | $40.00 |
| J. | Balance due as of November 27, 1999 | | $4,514.17 |
| K. | Prejudgment interest accrues at 8.00% per annum, being $0.55 per day | | |
| L. | The current balance in 3G is after credits of | | $0.00 |
| M. | Attorney's fees | | $1,800.00 |

C99-26777 U.S. Dept of Education

The certificate of indebtedness, attached as Exhibit A, shows the total owed, excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits had been applied.

4.  *Failure to Pay.* Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it.

5.  *Prayer.* The United States prays for judgment for:

   A.  The sums in paragraph 3, plus prejudgment interest through the date of judgment, administrative costs, and post-judgment interest.

   B.  Attorney's fees; and

   C.  Other relief the court deems proper.

Respectfully submitted

BENNETT & WESTON, P.C.

By: _____
Michael Weston
Texas Bar No. 21232100
SD No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD No. 23055
10670 N. Central Expressway, Suite 200
Dallas, Texas 75231
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

C99-26777 U.S. Dept of Education

# U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS

> MAGDALENA M. RODRIGUEZ
> AKA: N/A
> 5022 COSNER DR
> CORPUS CHRISTI, TX 78415
>
> SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 11/27/99.

On or about 2/16/87 the borrower executed promissory note(s) to secure loan(s) of $4,000.00 from Bank of Horton, Horton, KS at 12.00 percent interest per annum. This loan obligation was guaranteed by United Student Aid Funds, Inc. and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 4/16/88, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $4,725.28 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 2/8/93, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $ 3,918.21 |
| Interest: | $ 3,583.95 |
| Administrative/Collection Costs: | $ 13.19 |
| Late fees | $ 0.00 |
| Total debt as of 11/27/99 | $ 7,515.35 |

Interest accrues on the principal shown here at the rate of $1.29 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 12/3/99    Name: Joan Dyer
                        Title   Loan Analyst
                        Branch  Litigation Branch

EXHIBIT A

# U. S. DEPARTMENT OF EDUCATION
# SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

> MAGDALENA M. RODRIGUEZ
> AKA: MAGDALENA RODRIGUEZ
> 5022 COSNER DR
> CORPUS CHRISTI, TX 78415
>
> SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 11/27/99.

On or about 2/13/87 the borrower executed promissory note(s) to secure loan(s) of $2,268.00 from Bank of Horton, Horton, KS at 8.00 percent interest per annum. This loan obligation was guaranteed by United Student Aid Funds, Inc. and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 10/3/89, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,505.95 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 2/8/93, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $ 2,505.95 |
| Interest: | $ 1,968.22 |
| Administrative/Collection Costs: | $ 40.00 |
| Late fees | $ 0.00 |
| Total debt as of 11/27/99 | $ 4,514.17 |

Interest accrues on the principal shown here at the rate of $0.55 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 12/3/99    Name: Joan Dyer
                        Title   Loan Analyst
                        Branch  Litigation Branch

EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| versus | § | Civil Action **C 00 025** |
| | § | |
| Magdalena M. Rodriguez | § | |

## Agreed Judgment

1.  On the agreement of the parties, it is adjudged that the United States of America recover from Magdalena M. Rodriguez:

    A.  Principal of $12,029.52, plus
    B.  Prejudgment interest from November 27, 1999, at the rate $1.84 per day until the date of judgment, plus
    C.  Attorney's fees of $1,800.00 and all costs of court, plus
    D.  Post-judgment interest at _____% per annum.

Signed _____, ~~1999~~ 2000.

_____
United States District Judge

AGREED:

_/s/ Magdalena Rodriguez_
Magdalena M. Rodriguez

_/s/_
Attorney for the United States