United States District Court
Southern District of Texas
ENTERED

JAN 2 4 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | 3. |
| versus | § § | Civil Action C 00 025 |
| Magdalena M. Rodriguez | § § | |

## Agreed Judgment

1. On the agreement of the parties, it is adjudged that the United States of America recover from Magdalena M. Rodriguez:

   A. Principal of $12,029.52, plus
   B. Prejudgment interest from November 27, 1999, at the rate $1.84 per day until the date of judgment, plus
   C. Attorney's fees of $1,800.00 and all costs of court, plus
   D. Post-judgment interest at  5.997 % per annum.

Signed _____1-20_____, 2000.

_____
United States District Judge

AGREED:

_____
Magdalena M. Rodriguez

_____
Attorney for the United States